IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


EUGENE DAYTON PRINGLE, JR.

                Plaintiff,                                  No. 3:13-cv-00309-SU

                v.                                        ORDER

STATE OF OREGON, JOHN KITZHABER,
UNITED STATES ATTORNEY GENERAL
ERIC HOLDER, et al.

                Defendants.


HERNÁNDEZ, District Judge:

      Magistrate Judge Sullivan issued a Findings and Recommendation [56] on June 30, 2014, in which she recommends that this Court grant the Department of Interior's Motion to Dismiss [53], grant Attorney General Holder's Motion to Dismiss [54], and dismiss Mr. Pringle's Amended Complaint [4].

      The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings & Recommendation [56]. Accordingly, the Department of Interior's Motion to Dismiss [53] is granted, Attorney General Holder's Motion to Dismiss [54] is granted, and Mr. Pringle's Amended Complaint [4] is dismissed, without prejudice.

IT IS SO ORDERED.

DATED this ___7___ day of ___aug___, 2014.

_____
MARCO A. HERNANDEZ
United States District Judge